IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHION NEWTON,

      Appellant,

v.                      Case No.  5D23-166
                           LT Case No. 16-2022-DR-002127-DVXX-MA

TERRI WAKEFIELD,

      Appellee.

_____/

Opinion filed April 25, 2023

Appeal from Circuit Court
for Duval County,
Steven Fahlgren, Judge.

Shion Newton, Jacksonville, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So.

2d 1150, 1152 (Fla. 1979) (finding affirmance of a trial court decision

necessary because a record is inadequate to demonstrate reversible error where the record lacks a trial transcript or proper substitute).

MAKAR, BOATWRIGHT and MACIVER, JJ., concur.